IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WALTER LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-484-WKW |
| ) | [WO] |
| SGT. BASKINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 25, 2022, the Magistrate Judge filed a Recommendation (Doc. # 38) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 38) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 16th day of February, 2022.

                                        /s/   W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE